MARCO QUAZZO (CA SBN 142182; mquazzo@bcltlaw.com)
CHRISTOPHER D. JENSEN (CA SBN 235108; cdj@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone:  (415) 228-5400
Fax:  (415) 228-5450

RONALD K. GARDNER (MN#246797) (*PRO HAC VICE PENDING*)
JOHN D. HOLLAND (MN#028614X) (*PRO HAC VICE PENDING*)
DADY & GARDNER, P.A.
5100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 359-9000

Attorneys for Plaintiff MECOM EQUIPMENT, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MECOM EQUIPMENT, LLC, a California limited liability company,<br><br>         Plaintiff,<br><br>    v.<br><br>HYUNDAI CONSTRUCTION EQUIPMENT AMERICAS, INC. f/k/a HYUNDAI CONSTRUCTION EQUIPMENT USA, INC., an Illinois corporation principally operating in the State of Georgia,<br><br>         Defendant. | Case No. 2:13-CV-01287-GEB-EFB<br><br>**STIPULATION AND ORDER RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>Date:  August 12, 2013<br>Time:  9:00 a.m.<br>Dept.: Courtroom 10, 13th Floor<br>Judge: Hon. Garland E. Burrell, Jr. |

STIPULATION AND ORDER RE: PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
(Case No. 2:13-CV-01287-GEB-EFB)

2699414.1

Plaintiff Mecom Equipment, LLC ("Mecom") and Defendant Hyundai Construction Equipment Americas, Inc. ("Hyundai") hereby stipulate to the following briefing and hearing schedule for Mecom's anticipated Motion for Preliminary Injunction:

1. Plaintiff shall file and serve all moving papers no later than July 15, 2013.

2. Defendant shall file and serve all opposition papers no later than July 24, 2013.

3. Plaintiff shall file and serve all reply papers no later than August 5, 2013.

4. The hearing of Plaintiff's motion shall occur on August 12, 2013, at 9:00 a.m., in the above-entitled Court.

Plaintiff recently filed a motion for a Temporary Restraining Order ("TRO"). This Stipulation shall further confirm the Parties' agreement that in return for Plaintiff's withdrawal of its TRO Motion, Defendant has agreed to maintain the status quo regarding discount pricing issues pending the August 12, 2013 hearing of Plaintiff's Motion for Preliminary Injunction.

DATED: July 2, 2013         BARG COFFIN LEWIS & TRAPP, LLP

                            By:/s/ Christopher D. Jensen
                                CHRISTOPHER D. JENSEN
                                Attorneys for Plaintiff
                                MECOM EQUIPMENT, LLC

DATED: July 2, 2013         BARTKO, ZANKEL, BUNZEL & MILLER

                            By:/s/ C. Griffith Towle
                                C. GRIFFITH TOWLE
                                Attorneys for Defendant
                                HYUNDAI CONSTRUCTION EQUIPMENT
                                AMERICAS, INC.

IT IS SO ORDERED.

Dated: July 4, 2013         _____
                            GARLAND E. BURRELL, JR.
                            Senior United States District Judge